IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT S. KAMINSKI, TRUSTEE OF THE ROBERT S. KAMINSKI REVOCABLE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 10-cv-4322 |
| THOMAS J. WIENS and TRANSNET CAPITAL CORPORATION, | ) ) ) | Mag. Judge Jeffrey Cole |
| Defendants. | ) ) | |

## NOTICE OF EMERGENCY MOTION

**TO:** Kenneth M. Sullivan
Kevin J. Mahoney
TRESSLER, LLP
233 South Wacker Dr., 22nd Floor
Chicago, IL 60606

PLEASE TAKE NOTICE that on Tuesday, March 13, 2011 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey Cole, or any Judge that may be sitting in his place and stead, in Courtroom 1838 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present **Joint Emergency Motion to Reschedule Settlement Conference Due to Significant Progress on Papers and Scheduling Conflicts,** a copy of which is hereby served upon you.

Dated: March 9, 2012

ROBERT S. KAMINSKI, AS TRUSTEE OF THE ROBERT S. KAMINSKI REVOCABLE TRUST

By: */s/ Charles B. Leuin*
One of His Attorneys

Charles B. Leuin, ARDC No. 6225447
Matthew S. Gray, ARDC No. 6286276
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Emergency Motion** has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 9th day of March, 2011.


    /s/ Charles B. Leuin
Charles B. Leuin