UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Robert S. Kaminski
                            Plaintiff,

v.                                              Case No.: 1:10–cv–04322
                                                       Honorable Jeffrey Cole

Thomas J Wiens, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 3, 2012:

      MINUTE entry before Honorable Jeffrey Cole: The joint oral motion to reschedule the settlement conference date of 4/5/12 is granted to 4/11/12 at 1:15 p.m. Mailed notice(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.